UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZEYU WANG, | CASE NO. C25-0825-KKE |
| Plaintiff(s), | ORDER GRANTING PARTIES' STIPULATED MOTION ON STANDARD OF REVIEW |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO, | |
| Defendant(s). | |

Plaintiff Zeyu Wang brings this action under the Employee Retirement Income Security Act ("ERISA") to recover long-term disability benefits denied by Defendant Hartford Life and Accident Insurance Co.  In the parties' joint status report (Dkt. No. 18), Wang raised an unresolved issue: the appropriate standard of review of the record.  Dkt. No. 18 at 2.  Thus, in issuing the case schedule, the Court set a briefing schedule on the standard of review.  Dkt. No. 19.  On January 21, 2026, the parties filed a stipulated motion requesting "that for the purposes of this case …, the Court will employ a *de novo* standard of review if this matter proceeds to trial."  Dkt. No. 20 at 1.

//

//

//

//

ORDER GRANTING PARTIES' STIPULATED MOTION ON STANDARD OF REVIEW - 1

The Court GRANTS the parties' stipulated motion. *See Rorabaugh v. Cont'l Cas. Co.*, 321 Fed. Appx. 708, 709 (9th Cir. 2009) (a court may accept the parties' stipulation to *de novo* review).

Dated this 22nd day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION ON STANDARD OF REVIEW - 2