UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZEYU WANG,

               Plaintiff(s),

    v.

HARTFORD LIFE AND ACCIDENT
INSURANCE CO,

              Defendant(s).

CASE NO. C25-0825-KKE

ORDER STRIKING MOTION FOR ORDER
OF DISMISSAL

Now before the Court is a stipulated motion for an order of dismissal following a settlement. Dkt. No. 22. However, both the case caption and description of the settlement suggest this motion was mistakenly filed in the wrong case. *See id.* at 1 (Case caption reading "*Bilal Jamil v. The Prudential Insurance Company of America*, No. 25-cv-0192-LK" and settlement described as between Bilal Jamil and Prudential Insurance). Accordingly, the Court STRIKES the motion. Dkt. No. 22. If needed, Plaintiff may re-file a motion for relief with the proper caption. *See* Local Civil Rules W.D. Wash. LCR 7(b).

Dated this 28th day of January, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER STRIKING MOTION FOR ORDER OF DISMISSAL - 1