**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

ZEYU WANG,

      Plaintiff,

  vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, a foreign
corporation,

      Defendant.

Case No. 2:25-cv-00825-KKE

**ORDER GRANTING STIPULATED**
**MOTION FOR EXTENSION OF TIME**
**TO FILE CROSS-MOTIONS FOR**
**JUDGMENT ON THE**
**ADMINISTRATIVE RECORD**

Plaintiff Zeyu Wang ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") have filed their Stipulated Motion for Extension of Time to File Cross-Motions for Judgment on the Administrative Record ("Extension Motion"). The Court having reviewed and considered the Extension Motion,

IT IS HEREBY ORDERED that the parties' Extension Motion is hereby GRANTED;

IT IS FURTHER ORDERED that the parties' request to extend the time for Hartford to file its Administrative Record until thirty (30) days after the mediation is hereby GRANTED; and

1.     The parties' request to extend the time for filing Cross-Motions for Judgment on the Administrative Record until forty-five (45) days after the mediation is hereby GRANTED.

2.     The parties will provide an updated Joint Status Report to this Court within fourteen (14) days after the mediation has been completed.

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME TO
FILE CROSS-MOTIONS FOR JUDGMENT
ON THE ADMINISTRATIVE RECORD - 1
Case No. 2:25-cv-00825-KKE

DATED: June 15, 2026.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _/s/ Russell S. Buhite_
    Russell S. Buhite, WSBA # 41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7052
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

_Attorneys for Defendant Hartford Life and Accident Insurance Company_

Approved as to Form; Presentation Waived:

CUNNANE LAW, PLLC

By: _/s/ Joseph Cunnane_
    Joseph Cunnane, WSBA #25360
    100 2nd Avenue S, Suite 210
    Edmonds, WA 98020
    Telephone: (425) 672-7100
    Facsimile: (425) 623-1884
    Email: joe@cunnanelaw.com

_Attorneys for Plaintiff Zeyu Wang_

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME TO
FILE CROSS-MOTIONS FOR JUDGMENT
ON THE ADMINISTRATIVE RECORD - 2
Case No. 2:25-cv-00825-KKE